USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST HORIZON BANK,

                Interpleading Plaintiff,

-against-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Interpleaded Defendants.

23-CV-09408 (MMG)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the close of fact discovery on **July 4, 2024**.

    However, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, it is HEREBY ORDERED that all parties shall follow the Court's procedures for post-fact-discovery communications with the Court and shall appear for a post-fact discovery conference on **Thursday, August 1, 2024** at **9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The close of expert discovery, which is currently scheduled for **September 5, 2024**, shall be adjourned pending the August 1 conference. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 29, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge