UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                Interpleading Plaintiff,

-against-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Interpleaded Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2024

23-CV-09408 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Upon consideration of the Motion to Interplead Deposit, Dismiss, and for Attorneys' Fees and Costs (the "Motion") filed on June 3, 2024 at Dkt. No. 31 by Interpleading Plaintiff First Horizon Bank ("FHB"), and the Response in Opposition to the Motion filed by Interpleaded Defendant Mohammad Golam ("Golam") at Dkt. No. 32, the following is HEREBY ORDERED:

1. FHB is awarded attorney's fees and costs of $7,185.00[1];

2. FHB shall distribute to the Clerk of this Court a check or wire transfer in the amount of Funds, as that term is defined in the Motion, after withdrawing the attorneys' fees and costs awarded to FHB in this Order (resulting amount defined as "FHB Funds");

3. The Clerk of Court is respectfully directed to deposit the FHB Funds into an interest-bearing account and maintain the same pending further orders of the Court;

4. Counsel for FHB is HEREBY ORDERED to provide the Court by email correspondence to GarnettNYSDChambers@nysd.uscourts.gov, copying Defendant Golam, any contact information for Interpleaded Defendant Sayem Sobhan ("Sobhan") and for any counsel for Sobhan with whom counsel for FHB has had communications;

---

[1] Counsel for FHB submitted invoices in support of the reasonable attorneys' fees and costs requested in the Motion. *See* Dkt. No. 31-3. The amount of fees awarded in this Order intentionally excludes fees for services performed from May 9, 2023 to July 24, 2023.

2

5. <u>After</u> the FHB Funds have been received by the Clerk of Court and the information relating to Sobhan has been received by the Court, FHB will be dismissed from this action, *without* prejudice; and

6. This action shall be retained on the Court's docket for resolution of claims to the FHB Funds, and distribution thereof.

Dated: July 12, 2024
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge