UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST HORIZON BANK,<br>　　　　　Interpleading<br>　　　　　Plaintiff,<br><br>　　-against-<br><br>MOHAMMED GOLAM and SAYEM SOBHAN,<br>　　　　　Interpleaded<br>　　　　　Defendants. | 23-CV-09408 (MMG)<br><br>**<u>ORDER</u>** |

MARGARET M. GARNETT, United States District Judge:

　　On July 12, 2024, the Court ordered Plaintiff First Horizon Bank ("FHB") to "distribute to the Clerk of this Court a check or wire transfer in the amount of Funds, as that term is defined in the Motion, after withdrawing the attorneys' fees and costs awarded to FHB" and to provide the Court by email correspondence with "any contact information for Interpleaded Defendant Sayem Sobhan ("Sobhan") and for any counsel for Sobhan with whom counsel for FHB has had communications[.]" *See* Dkt. No. 33.

　　To date, FHB has not completed either one of these tasks, nor has the Court received any letter or outreach from FHB indicating the date by which it expects to complete these tasks. It is therefore hereby ORDERED that FHB comply with all directives in the Court's Order at Dkt. No. 33 **by no later than September 13, 2024**. If this deadline is not met, FHB risks sanctions.

Dated: August 30, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. GARNETT
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge