```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                 Interpleading Plaintiff,

-against-

MOHAMMED GOLAM and SAYEM SOBHAN,

                 Interpleaded Defendants.

23-CV-09408 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On September 12, 2024, pursuant to the Court's August 30, 2024 Order at Dkt. No. 35, Interpleading Plaintiff First Horizon Bank ("FHB") notified the Court by correspondence to GarnettNYSDChambers@nysd.uscourts.gov that it had wired $994,092.06 to the Clerk of the Court, which the Court separately confirmed. FHB also provide the Court with the contact information for Interpleaded Defendant Sayem Sobhan in its possession.

    Therefore, it is hereby ORDERED that FHB is DISMISSED from this action *without prejudice*. **The Clerk of Court is respectfully directed to TERMINATE Interpleading Plaintiff First Horizon Bank as a party in this action.** This action shall remain on the Court's docket for the resolution of claims between Interpleaded Defendants Sayem Sobhan and Mohammed Golam.

    By separate order to be entered today, the Court will refer this matter to the designated Magistrate Judge, Judge Sarah L. Cave, for General Pretrial and for Report and Recommendations on all dispositive motions. Future applications and correspondence should be directed to Magistrate Judge Cave, as appropriate.

Dated: September 16, 2024
       New York, New York

                                   SO ORDERED.

                                   MARGARET M. GARNETT
                                   United States District Judge