UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                Interpleading Plaintiff,

-v-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Interpleaded Defendants.

CIVIL ACTION NO.: 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On October 25, 2023, Interpleading Plaintiff First Horizon Bank filed the Complaint against Interpleaded Defendants Mohammed Golam and Sayem Sobhan. (ECF No. 1). On January 10, 2024, Golam answered the Complaint and brought a crossclaim against Sobhan. (ECF No. 9 ("Answer and Crossclaim")). Then, on February 15, 2024, First Horizon Bank filed an Affidavit of Service showing service of the summons and Complaint on "a person designated to accept service on behalf of" Sobhan. (ECF No. 18). Sobhan's responsive pleading was due on March 6, 2024. To date, Sobhan has not appeared in this action, and First Horizon Bank "takes no position on whether its own service of documents constitutes valid service on [] Sobhan by Golam for the purposes of" default judgment. (ECF No. 29).

On September 16, 2024, the Court dismissed First Horizon Bank from this case without prejudice and referred the remaining dispute between Golam and Sobhan for general pretrial supervision and report and recommendation on dispositive motions, if any. (ECF No. 36).

It is **ORDERED** that Golam shall file proof of service on Sobhan of the summons, Complaint (ECF No. 1), Golam's Answer and Crossclaim (ECF No. 2), and the Court's September 16, 2024 Order (ECF No. 36) **by October 18, 2024**.  Failure to prove service may result in dismissal proceedings for failure to prosecute.

Dated:   New York, New York
         September 18, 2024

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**