UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                Interpleading
                Plaintiff,

     -v-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Interpleaded
                Defendants.

CIVIL ACTION NO.: 23 Civ. 9408 (MMG) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

       The telephone conference to schedule a settlement conference set for Thursday, February 20, 2025 at 10:00 a.m. ET (ECF No. 56) is **RESCHEDULED** to **Thursday, February 20, 2025 at 9:30 a.m. ET** on the Court's Microsoft Teams platform.  The parties are directed to call: (646) 453-4442; phone conference ID: 512 488 792#, at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:       New York, New York
              February 12, 2025

                             SO ORDERED.

                             SARAH L. CAVE
                             **United States Magistrate Judge**