UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST HORIZON BANK,<br><br>                  Interpleading Plaintiff,<br><br>   -v-<br><br>MOHAMMED GOLAM and SAYEM SOBHAN,<br><br>                  Interpleaded Defendants. | CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, April 23, 2025, a follow-up settlement conference is scheduled for **Tuesday, May 27, 2025, at 10:00 a.m. ET** and will take place <u>by videoconference</u> hosted by the Court. The Court will provide the parties with the link to access the settlement conference.

Dated:     New York, New York
             April 23, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**