UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST HORIZON BANK, <br><br> Interpleading Plaintiff, <br><br> -v- <br><br> MOHAMMED GOLAM and SAYEM SOBHAN, <br><br> Interpleaded Defendants. | CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, May 27, 2025, a follow-up settlement conference is scheduled for **Tuesday, June 10, 2025, at 11:00 a.m. ET** and will take place <u>by videoconference</u> hosted by the Court. The Court will provide the parties with the link to access the settlement conference.

Dated:     New York, New York
           May 27, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge