UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST HORIZON BANK,<br><br>    Interpleading Plaintiff,<br><br>-v-<br><br>MOHAMMED GOLAM and SAYEM SOBHAN,<br><br>    Interpleaded Defendants. | CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, June 10, 2025, a follow-up settlement conference is scheduled for **Monday, June 23, 2025, at 1:00 p.m. ET** and will take place by videoconference hosted by the Court. The Court will provide the parties with the link to access the settlement conference.

Dated:  New York, New York
     June 10, 2025

                     SO ORDERED.

                     _____
                     **SARAH L. CAVE**
                     **United States Magistrate Judge**