UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                Interpleading Plaintiff,

-v-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Interpleaded Defendants.

CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Dkt. No. 68, the parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by September 18, 2025, in advance of the Initial Case Management Conference (the "Conference") scheduled for October 6, 2025 at 11:00 a.m. ET. (Dkt. No. 68). To date, the parties have not submitted their PCMP. As a one-time courtesy, the Court <u>sua sponte</u> **EXTENDS** the parties' deadline to file their PCMP up to and including **September 26, 2025**. The parties are warned that failure to submit their PCMP by September 26, 2025 may result in the Court cancelling the Conference.

Dated:     New York, New York
            September 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**