UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

        Interpleading Plaintiff,

-v-

MOHAMMED GOLAM and SAYEM SOBHAN,

        Interpleaded Defendants.

CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of interpleader defendant Sayem Sobhan's ("Sobhan") motion to dismiss (Dkt. No. 74 (the "Motion")), along with interpleader defendant Mohammed Golam's ("Golam") letter responding to the Motion (Dkt. No. 77 (the "Response")) and proposed order of dismissal. (Dkt. No. 78 (the "Proposed Order")). Sobham shall respond to the Response and Proposed Order by **December 1, 2025**.

Dated:    New York, New York
           November 13, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**