UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

          Interpleading Plaintiff,

-v-

MOHAMMED GOLAM and SAYEM SOBHAN,

          Interpleaded Defendants.

CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 5, 2025, interpleader Defendant Sayem Sobhan ("Sobhan") filed a motion to dismiss (Dkt. No. 74 (the "Motion")). On November 9, 2025, interpleader Defendant Mohammed Golam ("Golam") filed his response to the Motion, (Dkt. No. 77 (the "Response")), and proposed order of dismissal. (Dkt. No. 78 (the "Proposed Order")). On November 13, 2025, we ordered Sobhan to respond to the Response and Proposed Order by December 1, 2025. (Dkt. No. 79). On November 19, 2025, Sobhan filed a proposed order to show cause with emergency relief seeking a protective order staying discovery until the Motion is resolved. (Dkt. No. 80 (the "OTSC")).

We construe the OTSC as a request for a conference pursuant to Local Civil Rule 37.2. Accordingly, a telephone conference to discuss the OTSC is scheduled for **December 11, 2025 at 3:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681;

access code: 2308 226 4654, at the scheduled time.

Dated:   New York, New York
         November 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**