UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                    Interpleading
                    Plaintiff,

        -v-

MOHAMMED GOLAM and SAYEM SOBHAN,

                    Interpleaded
                    Defendants.

CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Interpleaded Defendant Sayem Sobhan's ("Sobhan") motion to stay discovery (Dkt. No. 80 (the "Motion to Stay")) pending the resolution of Sobhan's motion to dismiss. (Dkt. No. 74 (the "Motion to Dismiss")). The Court held a telephone conference on December 15, 2025 (the "Conference") to discuss the Motion to Stay. (See Dkt. No. 81; 86). For the reasons stated at the Conference, the Motion to Stay is **GRANTED**. All deadlines set forth in the Case Management Plan at Dkt. No. 73 are **HELD IN ABEYANCE** pending the resolution of the Motion to Dismiss. (See Dkt. No. 73).

On or before **December 23, 2025**, Sobhan's counsel shall order a copy of the Conference transcript using the annexed form.

Dated:      New York, New York
            December 15, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|