UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                    Interpleading
                    Plaintiff,

   -v-

MOHAMMED GOLAM and SAYEM SOBHAN,

                    Interpleaded
                    Defendants.

CIVIL ACTION NO. 23 Civ. 9408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 15, 2025, the Court held a telephone conference (the "Conference") and directed counsel for Interpleaded Defendant Sayem Sobhan ("Sobhan") to order a transcript (the "Transcript") of the Conference by December 23, 2025.  (Dkt. No. 88).  To date, Sobhan's counsel has not ordered the Transcript.  Accordingly, the Court directs Sobhan's counsel to order the Transcript, using the form annexed to the Court's Order at Dkt. No. 88, by **January 5, 2026**.

Dated:     New York, New York
           January 2, 2026

                    SO ORDERED.

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|