**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FIRST HORIZON BANK,

Interpleading Plaintiff,

23 **CIVIL** 9408 (MMG)

-against-

**JUDGMENT**

MOHAMMED GOLAM and SAYEM SOBHAN,

Interpleaded Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2026, the Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
July 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**